# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**AMSOUTH BANK**                                                                       **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO.: 4:04CV85LS**

**ELIZABETH M. STEADMAN**                                                              **DEFENDANT**

## ORDER

This matter was referred to arbitration by an Order entered by Judge Lee on October 12, 2004. On July 27, 2006, Plaintiff AmSouth Bank submitted a certified copy of the arbitration award in its favor, amounting to a declaration that AmSouth was not liable to the Defendant, Elizabeth Steadman, and awarding costs and attorneys' fees against Steadman for submitting a frivolous claim. The final award gave AmSouth $15,000.00 in attorneys' fees and $1,000.00 in costs. Judge Lee entered a Final Judgment in this matter, adopting and confirming that award, on August 4, 2006. On September 18, 2006, AmSouth filed a Motion to Compel, alleging that Steadman had wholly failed to respond to judgment debtor discovery that was served on her shortly after the Final Judgment was entered. AmSouth seeks attorneys' fees and costs in addition to those responses. Steadman has not responded to that Motion.

IT IS, THEREFORE, ORDERED that the Judgment Creditor AmSouth Bank's Motion to Compel Verified Judgment Debtor Discovery Responses and Production of Documents and Things and for Award of Attorneys' Fees, Costs and Expenses Incurred in Prosecuting Motion is hereby **granted**, as follows:

1. The Defendant shall serve responses to AmSouth's judgment debtor discovery on or before October 31, 2006.

2. The Defendant shall reimburse the Plaintiff in the amount of $500.00 for its reasonable costs and expenses in bringing this Motion, which shall also be done on or before October 31, 2006.

IT IS SO ORDERED, this the 17th day of October, 2006.

                                                S/James C. Sumner
                                      UNITED STATES MAGISTRATE JUDGE